ABBOTT v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit. February 3, 1896.)

No. 254.

Error to the Circuit Court of the United States for the Western District of Washington.

This was an action by Twyman O. Abbott against the United States to recover damages for breach of a contract to lease certain rooms for a post office. There was a judgment for plaintiff. 66 Fed. 447. Defendant brings error.

W. H. Brinker, U. S. Atty.

W. C. Sharpstein, for defendant in error.

Before McKENNA and ROSS, Circuit Judges, and HAWLEY, District Judge.

HAWLEY, District Judge. The facts of this case and the principles of law applicable thereto were clearly and correctly stated by the circuit judge (see Abbott v. U. S., 66 Fed. 447), and are not of such a character as to call for any further discussion. The judgment of the circuit court is affirmed.